

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 11, 2020

**BY ECF**

The Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Application granted. The parties are directed to appear telephonically, using dial in number 888-363-4749, passcode 3070580.
>
> SO ORDERED:
>
> WILLIAM H. PAULEY III
> U.S.D.J.
> May 13, 2020

Re: *United States v. Desmond Brannon*, 18 Cr. 358 (WHP)

Dear Judge Pauley:

    The Government respectfully submits this letter to request, with the defendant's consent, that, in light of the advice given by the Centers for Disease Control and Prevention and other public health authorities to take precautions to reduce the possibility of exposure to COVID-19, the Court permit the defendant, counsel for both parties, and a representative of the Probation Office to participate by telephone in the conference scheduled for May 21, 2020, at 2:30 p.m.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

By:    *Robert B. Sobelman*
    Robert B. Sobelman
    Assistant United States Attorney
    (212) 637-2616

cc:    Ian Marcus Amelkin, Esq. (by ECF)
      Probation Officer Lauren M. Blackford (by email)