**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

June 29, 2020

**BY ECF**

The Honorable William H. Pauley III
Southern District of New York
500 Pearl Street
New York, NY 10007

Application granted.

SO ORDERED:

/s/ William H. Pauley III
WILLIAM H. PAULEY III
U.S.D.J.

June 29, 2020

Re:  **United States v. Desmond Brannon
     18 Cr 358 (WHP)**

Dear Judge Pauley:

   I write with the consent of the Government to respectfully request the adjournment of Mr. Brannon's next conference date scheduled for July 1, 2020 to July 22, 2020 at 2 PM. My colleague Chris Flood will be taking over this case, and he will use this adjournment to get up to speed on the case.

   I thank the Court for its consideration of this request.

Respectfully submitted,

/s/ IMA

Ian Marcus Amelkin
Assistant Federal Defender
52 Duane Street, 10th Floor
New York, NY 10007
(212) 417-8733

cc:   AUSA Robert Sobelman (by email)