UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,                 :

        -against-                                    :         18 Cr. 358 (WHP)

Desmond Brannon,                                    :         <u>ORDER</u>
                      Defendant.         :
-----------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        This Court will hold a teleconference on Tuesday, August 4, 2020 at 2:30 p.m.

The dial-in number is 888-363-4749, passcode 3070580.

Dated:  August 3, 2020
        New York, New York

                                SO ORDERED:

                                _____
                                WILLIAM H. PAULEY III
                                    U.S.D.J.