UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,           :

      -against-                               :     18 Cr. 358 (WHP)

Desmond Brannon,                            :     <u>ORDER</u>
                    Defendant.      :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

      This Court will hold a teleconference on Monday, August 31, 2020 at 2:00 p.m.

The dial-in number is 888-363-4749, passcode 3070580.

Dated:  August 25, 2020
         New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.