UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                    :

         -against-                                      :        18 Cr. 358 (WHP)

Desmond Brannon,                                  :        <u>ORDER</u>
                    Defendant.      :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        The teleconference scheduled for Monday, August 31, 2020 is cancelled.

Dated: August 31, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.