UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                    :

        -against-                                     :          18 Cr. 358 (WHP)

Desmond Brannon,                                    :          ORDER
                       Defendant.             :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        This Court will hold a teleconference on Monday, September 21, 2020 at 11:30 a.m.  The dial-in number is 888-363-4749, passcode 3070580.

Dated: September 9, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.