

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 15, 2020

**BY ECF**

The Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Desmond Brannon*, **18 Cr. 358 (WHP)**

Dear Judge Pauley:

    The Government respectfully submits this letter in advance of the defendant's sentencing presently scheduled for November 19, 2020, at 2:00 p.m.

    In light of the defendant's apparent progress in maintaining his sobriety and obtaining employment, the Government agrees with the defendant and the Probation Office that the Court should reimpose a term of supervised release with the special condition of three months' home detention enforced by GPS monitoring. (Dkt. No. 62.) However, in light of the lengthy period of time during which the defendant failed comply with the terms of his supervised release, the Government requests that the reimposed period of supervised release be substantial in order to assure that the defendant makes a sustained and successful transition to a law-abiding lifestyle.

    Respectfully submitted,

    AUDREY STRAUSS
    Acting United States Attorney

By: *Robert B. Sobelman*
    Robert B. Sobelman
    Assistant United States Attorney
    (212) 637-2616

cc:    Christopher A. Flood, Esq. (by ECF)
        Probation Officer Lauren M. Blackford (by email)