UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                  :

        -against-                                   :         18 Cr. 358 (WHP)

Desmond Brannon,                              :         ORDER
                          Defendant.     :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        This Court will hold a teleconference on Thursday, November 19, 2020 at 1:30 p.m. The dial-in number is 888-363-4749, passcode 3070580.

Dated:  November 19, 2020
         New York, New York

                                          SO ORDERED:

                                          _____
                                          WILLIAM H. PAULEY III
                                                U.S.D.J.