```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
    UNITED STATES OF AMERICA,                                 :
                                                              :
                                                              :
                    -v-                                       :
                                                              :    1:18-cr-358-GHW-1
                                                              :
    DESMOND BRANNON,                                          :    ORDER
                                                              :
                                        Defendant.            :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/17/2023

GREGORY H. WOODS, United States District Judge:

At the request of the parties, the conference scheduled to take place on April 18, 2023 is adjourned to April 27, 2023 at 12:30 p.m. The conference will be held in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: April 17, 2023
       New York, New York

_____
GREGORY H. WOODS
United States District Judge